FILED

AUG 17 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:09-CR-00191 OWW |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| ANTHONY PAUL CASTRO, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced to Time Served on August 17, 2009,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 8-17-09

HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordreleese.form

1