

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     vs.                            )<br>                                    )<br>ANTHONY PAUL CASTRO,                )<br>                                    )<br>          Defendant.                )<br>_____) | No. 1:09-CR-00191 OWW<br><br>ORDER SETTING CONDITIONS OF<br>HOME DETENTION |

   IT IS HEREBY ORDERED that the above named defendant shall comply with the conditions of home detention for the duration of the pending revocation proceedings or until terminated by the Court.  During this time, the defendant will remain at place of residence except for employment and other activities approved in advance by the defendant's probation officer.  The defendant will maintain a telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

   At the desecration of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer. The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

DATED: October 4, 2010

OWW

_____
UNITED STATES DISTRICT JUDGE

1